1  MOT

2  GRIFFITH H. HAYES
   Nevada Bar No. 7374
   MARTIN A. MUCKLEROY
3  Nevada Bar No. 9634
   **COOKSEY, TOOLEN, GAGE, DUFFY & WOOG**
4  A Professional Corporation
   3930 Howard Hughes Parkway, Suite 200
5  Las Vegas, Nevada 89169
   Telephone: (702) 949-3100
6  Facsimile: (702) 949-3104

7  *Attorneys for Plaintiffs*

8

9                 UNITED STATES DISTRICT COURT

10                     DISTRICT OF NEVADA

11  IN RE SMITH & WESSON HOLDING CORP.        Case No.: 2:10-cv-02046-LDG-PAL
    SHAREHOLDER DERIVATIVE LITIGATION
12

13                                            **PLAINTIFFS' *EX PARTE* MOTION
                                              FOR EXTENSION OF TIME TO FILE
14                                            A CONSOLIDATED AMENDED
                                              COMPLAINT**
15
                                              (First Request)
16

17

18

19          Plaintiffs Frank Holt and Norman Hart ("Plaintiffs"), by and through their counsel, hereby

20  move the Court for an order pursuant to Local Rules 6-1 and 6-2 extending the time allotted by

21  Stipulation and Order dated November 15, 2010, to file Plaintiffs' consolidated amended complaint

22  which is presently due on December 15, 2010. *See* Stipulation and Order dated November 15, 2010,

23  attached hereto as Exhibit A. No previous requests for an extension have been made by Plaintiffs.

24          On or about September 3, 2010 and September 17, 2010, respectively, Plaintiffs filed

25  shareholder derivative actions on behalf of nominal defendant Smith & Wesson Holding Corp.

26  ("Smith & Wesson" or the "Company") in the District Court, Clark County, Nevada against certain

27  officers and directors of the Company. By Stipulation and Order entered November 15, 2010, the

28  405.0042  1300073.1

1   parties to the shareholder derivative actions agreed to consolidate the actions and set a schedule for

2   the filing of a consolidated amended complaint and defendants' response thereto.  Shortly thereafter,

3   on November 23, 2010, defendants filed a notice of removal based upon diversity jurisdiction

4   pursuant to 28 U.S.C. §§ 1332 and 1441.

5           Plaintiffs contend that such removal was improper and intend to seek remand to state court.

6   As defendants have indicated they will not stipulate to remand, Plaintiffs intend to file a motion for

7   remand within the thirty (30) day statutory time period and no later than December 22, 2010, which

8   motion defendants will not oppose.  Meanwhile, Plaintiffs' deadline to file a consolidated amended

9   complaint is December 15, 2010.

10          Plaintiffs submit that they have good cause to seek an extension of time to file their

11  consolidated amended complaint in light of defendants' unexpected removal, the procedural and

12  jurisdictional implications of such removal on Plaintiffs' filing of an amended complaint, the

13  burdensome schedule of Plaintiffs' counsel during the month of December, and counsel's diligence

14  in seeking this extension.

15  Accordingly, Plaintiffs request that the Court extend Plaintiffs' time to file a consolidated amended

16  complaint from December 15, 2010, to fourteen (14) days following the Court's ruling on Plaintiffs'

17  anticipated remand motion, which motion will be filed on or before December 22, 2010.

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

405.0042  1300073.1                                   2

1    Pursuant to Local Rule 7-4, Plaintiffs' counsel conferred with counsel for defendants to

2  resolve this motion by consent, but no agreement could be reached.

3  DATED: December 8, 2010

4                                                                    By: /S/ Martin A. Muckleroy
                                                                     GRIFFITH H. HAYES
5                                                                    Nevada Bar No. 7374
                                                                     MARTIN A. MUCKLEROY
6                                                                    Nevada Bar No. 9634
                                                                     **COOKSEY,  TOOLEN,  GAGE,  DUFFY  &**
7                                                                    **WOOG**
                                                                     A Professional Corporation
8                                                                    3930 Howard Hughes Parkway, Suite 200
                                                                     Las Vegas, Nevada 89169
9                                                                    Telephone:  (702) 949-3100
                                                                     Facsimile:  (702) 949-3104
10

11                                                                   **FARUQI & FARUQI, LLP**
                                                                     NADEEM FARUQI
12                                                                   ANTONIO VOZZOLO
                                                                     BETH A. KELLER
13                                                                   369 Lexington Avenue, 10th Floor
                                                                     New York, New York 10017
14                                                                   Telephone:  (212) 983-9330
                                                                     Facsimile:  (212) 983-9331
15

16                                                                   **GARDY & NOTIS, LLP**
                                                                     MARK C. GARDY
17                                                                   JAMES S. NOTIS
                                                                     CHARLES A. GERMERSHAUSEN
18                                                                   560 Sylvan Avenue
                                                                     Englewood Cliffs, New Jersey 07632
19                                                                   Telephone:  (201) 567-7377
                                                                     Facsimile:  (201) 567-7337
20

21                                                                   *Attorneys for Plaintiffs*

22

23                                                                   **IT IS SO ORDERED:**

24

25

26                                                                   _____
                                                                     UNITED STATES MAGISTRATE JUDGE
27

                                                                     DATED: __December 14, 2010__
28