1
2
3                          **UNITED STATES DISTRICT COURT**
4                              **DISTRICT OF NEVADA**
5
6     FRANK HOLT, *et al.*,                    )
7                                Plaintiffs,   )        Case No. 2:10-cv-02046-LDG-PAL
                                               )
8     vs.                                      )                    **ORDER**
                                               )
9     MICHAEL F. GOLDEN, *et al.*,             )
                                               )
10                              Defendants.    )
                                               )
11    _____   )
12          This matter is before the court on the parties' failure to file a Joint Status Report as required in
13    Order (Dkt. #3) entered November 23, 2010, regarding removal of this case to federal district court.  On
14    December 13, 2010, Defendants signed Statement (Dkt. #7), and on December 17, 2010, Defendants
15    filed an Amended Statement (Dkt. #9), both of which complied with the court's order that the removing
16    party file a statement providing the information specified.  However, the parties have not submitted a
17    joint status report regarding removal as required.  Accordingly,
18          **IT IS ORDERED** the parties shall file a joint status report **no later than 4:00 p.m., January**
19    **18, 2011,** which must:
20          1.      Set forth the status of this action, including a list of any pending motions and/or other
21                  matters which require the attention of this court.
22          2.      Include a statement by counsel of action required to be taken by this court.
23          3.      Include as attachments copies of any pending motions, responses and replies thereto
24                  and/or any other matters requiring the court's attention not previously attached to the
25                  notice of removal.
26          Dated this 3rd day of January, 2011.
27                                                      _____
                                                        Peggy A. Leen
28                                                      United States Magistrate Judge