1

2

3

4 **UNITED STATES DISTRICT COURT**

5 **DISTRICT OF NEVADA**

6

7 FRANK HOLT, *et al.*,                                    )
                                                          )
8                           Plaintiffs,                   )        Case No.  2:10-cv-02046-LDG-GWF
                                                          )
9 vs.                                                     )        **ORDER**
                                                          )
10 MICHAEL F. GOLDEN, *et al.*,                           )
                                                          )
11                          Defendants.                   )
   _____                )

12

13          This matter is before the Court on the parties' failure to file a Joint Status Report as

14 required in Order (#3) entered on November 23, 2010, regarding removal of this case to federal

15 district court.  Accordingly,

16          **IT IS ORDERED** that the parties shall file a Joint Status Report no later than **February 7,**

17 **2011**.  Failure to comply may result in the issuance of an order to show cause why sanctions should

18 not be imposed.

19          DATED this 27th day of January, 2011.

20

21                                                        _____
                                                          GEORGE FOLEY, JR.
22                                                        UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28